UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )　　　06-6132-CV-W-HFS<br>)<br>) |
| RQ SQUARED, L.L.C. et al., | )<br>) |
| Defendants. | ) |

X　Decision by Court. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

judgment is entered in favor of plaintiff and against defendants in the amount of $2,199,087.56.


July 19, 2007　　　　　　　　　　　　　　　PATRICIA L. BRUNE
　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　　　　　　　/s/ Julie Moritz
　　　　　　　　　　　　　　　　　　　　　　by Julie Moritz