IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-6132-CV-W-HFS |
| ) | |
| RQ SQUARED, L.L.C., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM TO COUNSEL

Defendants, RQ Squared, L.L.C., Reliable Communications, Inc. and Christopher and Valerie Grubb, seek an expedited hearing and/or ruling (doc. 141), on plaintiff's motion for, *inter alia*, additional attorneys' fees and to terminate and discharge the receiver (doc. 136). Defendants, Lisa Norton and Quantitative Resources, LLC, have filed a motion for post-judgment continuation of receivership (doc. 138). Finally, M & I Marshall & Ilsley Bank, otherwise known as "M&I Bank" seeks leave to intervene in order to protect its claims against RQ Squared and Reliable.

With the exception of plaintiff's motion to discontinue receivership, the other motions have not been fully briefed. Moreover, the motion to expedite fails to present sufficient need for an expedited hearing at this time. Counsel are hereby advised that a ruling will issue after the motions are fully briefed and reviewed.

It is SO ORDERED.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

September  18 , 2008

Kansas City, Missouri